UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

STEVE SANDS,

                    Plaintiff,

    -against-

WHAT'S TRENDING, INC.,

                    Defendant.

------------------------------------ x

ORDER

20 Civ. 2735 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference is adjourned from July 22, 2020 to December 2, 2020 at 9:30 am.

Dated: New York, New York
       July 14, 2020

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge