UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

STEVE SANDS,

                      Plaintiff,

    -against-

WHAT'S TRENDING, INC.,

                      Defendant.

------------------------------------- x

ORDER

20 Civ. 2735 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

    The December 2, 2020 initial conference is canceled, in light of this Court's referral to Magistrate Judge Parker for General Pretrial and Dispositive Motions. The Clerk of Court is directed to close the letter motion at ECF No. 29.

Dated: New York, New York
       December 2, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge