UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
STEVE SANDS,

               Plaintiff,

    -against-

WHAT'S TRENDING, INC.,

              Defendants.

------------------------------------------------------------- x



ORDER

20 Civ. 2735 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*. The Clerk of Court is directed to close the motion at ECF No. 43.

Dated: May 10, 2021
       New York, New York

                              SO ORDERED.

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              United States District Judge